**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

F I L E D

DEC 1 1 2007

**DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS**

MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

1)  Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO ☐  YES ☒  If the answer is "Yes", list the case number and title of the earliest filed complaint:

U.S. v. Perez et al   06 CR 922   Valdez   JUDGE BUCKLO

2)  Is this an indictment or information that supersedes one or more previously-filed indictments or informations?

NO ☐  YES ☒  If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

U.S. v. Perez et al   06 CR 922   Judge Bucklo  FILIP  MAGISTRATE JUDGE VALDEZ

3)  Is this a re-filing of a previously dismissed indictment or information?   NO ☒  YES ☐

If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4)  Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?

NO ☒  YES ☐  If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5)  Is this a transfer of probation supervision from another district to this District?   NO ☒  YES ☐

6)  What level of offense is this indictment or information?   FELONY ☒  MISDEMEANOR ☐

7)  **Does this indictment or information involve eight or more defendants?**   NO ☐  YES ☒

8)  Does this indictment or information include a conspiracy count?   NO ☐  YES ☒

9)  Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

| | | |
|---|---|---|
| ☐ Homicide . . . . . . . . . . . (II) | ☐ Income Tax Fraud . . . . . . . . . (II) | ☐ DAPCA Controlled Substances . . (III) |
| ☐ Criminal Antitrust . . . . . . (II) | ☐ Postal Fraud . . . . . . . . . . (II) | ☐ Miscellaneous General Offenses . . (IV) |
| ☐ Bank robbery . . . . . . . . (II) | ☐ Other Fraud . . . . . . . . . . (III) | ☐ Immigration Laws . . . . . . . . . (IV) |
| ☐ Post Office Robbery . . . . (II) | ☐ Auto Theft . . . . . . . . . . (IV) | ☐ Liquor, Internal Revenue Laws . . . (IV) |
| ☐ Other Robbery . . . . . . . . (II) | ☐ Transporting Forged Securities . (III) | ☐ Food & Drug Laws . . . . . . . . . (IV) |
| ☐ Assault . . . . . . . . . . . . . (III) | ☐ Forgery . . . . . . . . . . . (III) | ☐ Motor Carrier Act . . . . . . . . . . (IV) |
| ☐ Burglary . . . . . . . . . . . . (IV) | ☐ Counterfeiting . . . . . . . . . . (III) | ☐ Selective Service Act . . . . . . . . (IV) |
| ☐ Larceny and Theft . . . . . (IV) | ☐ Sex Offenses . . . . . . . . . (II) | ☐ Obscene Mail . . . . . . . . . . . (III) |
| ☐ Postal Embezzlement . . . . (IV) | ☐ DAPCA Marijuana . . . . . . . . (III) | ☐ Other Federal Statutes . . . . . . . (III) |
| ☐ Other Embezzlement . . . . (III) | ☒ DAPCA Narcotics . . . . . . . . (III) | ☐ Transfer of Probation Jurisdiction . (V) |

10)  List the statute of each of the offenses charged in the indictment or information.

21, USC, § 841(a)(1)
21, USC, § 843(b)
21, USC, § 846
21, USC, § 853

VALARIE HAYS
Assistant United States Attorney

(Revised 12/99)