06 GJ 586

Minute Order Form (rev. 4/99)

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 06 CR 0922 | DATE | DECEMBER 11, 2007 |
| CASE TITLE | US v. JOSE PEREZ aka " Bear", et al (SEE ATTACHED) | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd-party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING AND REQUEST TO SEAL

The Grand Jury for the SPECIAL AUGUST 2006-1 Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _____

JUDGE BUCKLO

MAGISTRATE JUDGE VALDEZ

FILED
DEC 11 2007 NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Docket Entry:

BOND SET IN 06 CR 922 TO STAND AS BOND IN THIS INSTANCE AS TO JULIE CHAVEZ, NIKOLE SAKELLARION, and MOSES ECHEVARRIA. DETENTION ORDER PREVIOUSLY ISSUED IN 06 CR 922 TO STAND AS TO JOSE PEREZ, GEORGE CHAVEZ, ALEJANDRO PEREZ, and BLANCA SANCEN. TO ISSUE BENCH WARRANT. THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANTS DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142 AS TO UBALDO DURAN, JOSE PEREZ, VINICIO CAMEY, HECTOR CRUZ, and RAUL VILLACES. THE DISTRICT COURT CLERK'S OFFICE IS DIRECTED TO DISCLOSE TO THE ASSISTANT U.S. ATTORNEY ASSIGNED TO THIS CASE FOR THE GOVERNMENT, THE NAME OF THE JUDGE, MAGISTRATE JUDGE, DOCKET NUMBER ASSIGNED TO THIS CASE, IN ORDER TO EXPEDITE ARRAIGNMENT OF THE ARRESTED DEFENDANTS. THIS INFORMATION IS TO REMAIN SEALED UNTIL THE ARREST OF THE DEFENDANTS OR BY FURTHER ORDER OF THE COURT. DO NOT SEAL ARREST WARRANTS.

SIGNATURE OF JUDGE OR MAGISTRATE JUDGE _____ (ONLY IF FILED UNDER SEAL)

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | 5 warrants issued 12-12-2007 YAP | Number of notices / DOCKET# |
| | No notices required. | | Date docketed |
| | Notices mailed by judge's staff. | | Docketing dpty. initials |
| | Notified counsel by telephone. | | Date mailed notice |
| | Docketing to mail notices | | Mailing dpty. initials |
| | Mail AO 450 form. | | |
| | Copy to judge/magistrate judge. | | |
| | Courtroom Deputy Initials | Date/time received in Central Clerk's office | |

UNITED STATES OF AMERICA

v.

JOSE PEREZ, a/k/a Bear,
GEORGE CHAVEZ, a/k/a Yogi,
ALEJANDRO PEREZ, a/k/a Hando,
JULIE CHAVEZ,
BLANCA SANCEN,
NIKOLE SAKELLARION, and
MOSES ECHEVARRIA, a/k/a Mo
UBALDO REGALDO-DURAN, a/k/a Baldo
JOSE PEREZ, a/k/a Beto
VINICIO CAMEY, a/k/a Lucky
HECTOR JERRY CRUZ, a/k/a Jerry
RAUL VILLACIS, a/k/a Rusky