## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | Maria Valdez |
|---|---|---|---|
| **CASE NUMBER** | 06 CR 922 - 11 | **DATE** | 12/19/2007 |
| **CASE TITLE** | USA vs. Hector Jerry Cruz | | |

**DOCKET ENTRY TEXT**

Enter Order granting Government's petition for writ of habeas corpus ad prosequendum as to Hector Jerry Cruz to appear for arraignment before Magistrate Judge Maria Valdez on 1/10/08 at 10:00 a.m. in Courtroom 1300.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Copy to judge/magistrate judge.

4writs+1ccmo
JAP
12-20-2007

| | Courtroom Deputy Initials: | yp |
|---|---|---|