# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | Maria Valdez |
|---|---|---|---|
| **CASE NUMBER** | 06 CR 922 - 11 | **DATE** | 1/10/2008 |
| **CASE TITLE** | USA vs. Hector Jerry Cruz | | |

**DOCKET ENTRY TEXT**

Arraignment held on 01/10/2008. Defendant informed of his rights. Enter Order appointing Matthew Joseph Madden as counsel for defendant. Defendant enters plea of not guilty to all counts of the superseding indictment. 16.1(a) conference by 1/17/08. Pretrial motions to be filed by 1/28/08. Response to be filed no later than 2/7/08. Status hearing set before Judge Bucklo on 2/1/08 at 10:00 a.m. Detention hearing held. Defendant shall remain in State Custody. Enter Order of Habeas Corpus. Government's oral motion to exclude time is granted. Enter excludable time from 1/10/08 to and including 2/1/08 pursuant to 18 USC §3161(h)(1) and U.S. vs Tibboel, 753 P. 2d. 608 (7th Cir. 1985). X-T

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | yp |
|---|---|---|