# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge If Other than Assigned Judge | Maria Valdez |
|---|---|---|---|
| **CASE NUMBER** | 06 CR 922 - 11 | **DATE** | 1/16/2008 |
| **CASE TITLE** | USA vs. Hector Jerry Cruz | | |

**DOCKET ENTRY TEXT**

Appointment of Kent R. Carlson as counsel for defendant Hector Jerry Cruz is granted nunc pro tunc 1/10/08. Counsel advise the Court that defendant waive detention hearing without prejudice. Defendant to remain in state custody until further notice.

Docketing to mail notices.

| | Courtroom Deputy Initials: | yp |
|---|---|---|