MHN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

The United States of America
-v-
HECTOR JERRY CEVE

Case 06 CR 922-11
Judge Bucklo

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

HECTOR JERRY CEVE

FILED
JAN 1 6 2008
1-16-2008
MAGISTRATE JUDGE MARIA VALDEZ
UNITED STATES DISTRICT COURT

| SIGNATURE | |
|---|---|
| s/ Kent R. Carlson | |
| FIRM | |
| Kent R. Carlson & Associates PC | |
| STREET ADDRESS | |
| 53 West Jackson Blvd.   Suite 1544 | |
| CITY/STATE/ZIP | |
| Chicago, IL  60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 06187369 | (312) 663-9601 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] | NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X] | NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X] | NO [ ] |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]    APPOINTED COUNSEL [X]