UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   06 CR 922 |
| | ) |
| HECTOR JERRY CRUZ | ) |

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Now comes the UNITED STATES OF AMERICA by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor that:

Name:              Hector Jerry Cruz
Date of Birth:
Social Security:
Sex:
Race:
Prisoner ID No.:

has been and now is, in due form and process of law, detained in the following institution:

Pinckneyville Correctional Center
5835 State Route 154
Pinckneyville, Illinois 62274

Your petitioner further represents to Your Honor that the said prisoner has been charged in the Eastern Division of the Northern District of Illinois with a violation of Title 21, United States Code, Section 846 and is now wanted in such division and district on February 22, 2008 at 10:00 a.m., for an arraignment before the Honorable Elaine E. Bucklo, United States District Judge, Dirksen Building, 219 S. Dearborn, Chicago, Illinois, Courtroom 1441.

WHEREFORE, your petitioner prays for an Order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum in this behalf directed to the following persons:

UNITED STATES MARSHAL  
Northern District of Illinois  
Chicago, Illinois

WARDEN  
Pinckneyville Correctional Center  
5835 State Route 154, Pinckneyville, IL

commanding them to produce the body of the said prisoner before this Court at said time and on said date, and that when the said prisoner shall be so produced pursuant to said Writ, and that when the said prisoner's case has been resolved in this district and he has been sentenced, that Hector Jerry Cruz be returned to Pinckneyville Correctional Center.

Respectfully submitted,

PATRICK J. FITZGERALD  
United States Attorney

By: /s/ STEPHEN A. KUBIATOWSKI  
STEPHEN A. KUBIATOWSKI  
Assistant U. S. Attorney  
219 S. Dearborn, Suite 500  
Chicago, Illinois 60604  
(312) 353-0589