UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   06 CR 922 |
| | ) |
| HECTOR JERRY CRUZ | ) |

ORDER

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

Name:             Hector Jerry Cruz
Date of Birth:
Social Security:
Sex:
Race:
Prisoner ID No.:

has been and now is, in due process of law, incarcerated in the following institution:

Pinckneyville Correctional Center
5835 State Route 154
Pinckneyville, Illinois 62274

and that said defendant is charged in the above-captioned case with a violation of Title 21, United States Code, Section 846, and that said defendant should appear in this case in the United States District Courthouse, 219 S. Dearborn, Chicago, Illinois, on February 22, 2008 at 10:00 a.m., for an arraignment before the Honorable Elaine E. Bucklo, United States District Judge, Dirksen Building, 219 S. Dearborn, Chicago, Illinois, Courtroom 1441.

IT IS THEREFORE ORDERED that the following persons:

UNITED STATES MARSHAL                WARDEN
Northern District of Illinois                Pinckneyville Correctional Center
Chicago, Illinois                            5835 State Route 154, Pinckneyville, IL

bring or cause to be brought before this Court, at said time on said date, in the United States Court

House in Chicago, Illinois, the body of the said defendant; and that a Writ of Habeas Corpus Ad Prosequendum, directed to said persons, so commanding them, be issued by the Clerk of this Court.

ENTER:

*Elaine L Bucklo*

The Honorable Elaine E. Bucklo
United States District Judge

DATED at Chicago, Illinois
this ___ day of ~~January~~, 2008
*14th day of February 2008*