## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 06 CR 922 - 11 | **DATE** | 2/14/2008 |
| **CASE TITLE** | USA vs. Cruz | | |

**DOCKET ENTRY TEXT**

Government's petition for a writ of habeas corpus ad prosequendum is granted. Accordingly, order writ of habeas corpus ad prosequendum issued as to Hector Jerry Cruz returnable on 2/22/08 at 10:00 a.m. Enter Order.

■ [ For further detail see separate order(s).]　　Docketing to mail notices.

Writs issued
2/15/08 LS

Courtroom Deputy　MPJ
Initials: