# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                    Case No.: 1:06−cr−00922

                                            Honorable Elaine E. Bucklo

Jose Perez, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 24, 2008:

      MINUTE entry before Judge Honorable Elaine E. Bucklo:As to Hector Jerry Cruz, status hearing held on 4/24/2008. Pretrial Conference set for 7/30/2008 at 04:00 PM. Three−day Jury Trial set for 8/4/2008 at 09:30 AM. Parties have until 7/25/08 to submit their proposed jury instruction, voir dire, witness list and a joint statement of the case. Time from this day through trial date is excluded for trial preparations and continuity of counsel under 18:3161 (h)(8)(B)(iv). Mailed notice (mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.