Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 06 CR 922 -11 | **DATE** | 7/25/2008 |
| **CASE TITLE** | USA vs. Hector Jerry Cruz | | |

## DOCKET ENTRY TEXT

Change of plea held. Defendant withdrew his plea of not guilty to count one of the superseding indictment and entered a plea of guilty to that count. Defendant was informed of his rights. Judgment of guilty entered on count one. Any remaining count to be dismissed on government's motion at the time of sentencing. The cause is referred to the probation department for the preparation of a presentence investigation report. Any objection to the PSI report, and motion will be due by 10/6/08; and response by 10/10/08. Sentencing set for 10/15/08 at 10:30 a.m. Plea Agreement filed. Trial set for 8/4/08 is vacated.

Docketing to mail notices.

00:30

| | | Courtroom Deputy Initials: | MPJ |
|---|---|---|---|

